UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ALFRED | CIVIL ACTION NO. 07-0986 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| LOUISIANA DEPT. PUBLIC SAFETY, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction, **Doc. #4**, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of August, 2007.

Dee D. Drell
United States District Judge