# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

PETER RAY ALFRED                           CIVIL ACTION NO. 07-0986-A

-vs-                                                        JUDGE DRELL

LOUISIANA DEPARTMENT OF PUBLIC      MAGISTRATE JUDGE KIRK
SAFETY AND CORRECTIONS, et al.

## RULING AND JUDGMENT

We have received the Report and Recommendation (Doc No. 20) in this case. Although generally well reasoned, for the reasons that follow, we elect not to follow the Report and Recommendation insofar as it recommends that we dismiss Sheriff William O. Belt, Warden Peter Lofton III, Dale Mayeux, and Warden Keith Smith.

In his objections to the Report and Recommendation, Alfred points us to an exhibit wherein the medical department or administration has indicated a refusal to provide a CPAP machine because it was deemed too expensive to do so (Exhibit B). We cannot tell who actually signed this document, nor at whose behest it was signed. Under these circumstances, where an institution refuses a medical appliance for cost reasons, the Fifth Circuit has said that, at this early stage, it is improper to dismiss such claims. See, for example, *Vanderhoff v.*

*Prentice*, 06-30744 (Fifth Circuit Summary Calendar, 9/12/07). Because we cannot determine from this record exactly those of the named defendants who were in the decision-making capacity in denying the CPAP machine in this case, and because we cannot from this record say that the Plaintiff "could prove no set of facts consistent with his complaint that would allow him relief" against the defendants who will remain, this matter must proceed further.  Accordingly:

For the reasons stated in the Report and Recommendation of the Magistrate Judge and after a de novo review of the record, including the objections filed by the Plaintiff, having determined that the findings and recommendations are, in part, correct under the applicable law,

IT IS ORDERED that Plaintiff's request for injunctive relief through the firing of Avoyelles Parish Jail employees, and Plaintiff's claims against the Louisiana Department of Public Safety and Corrections, the Avoyelles Parish Sheriff's Department, Richard Stalder, Linda Ramsey and the Avoyelles Parish Jail, be DENIED and DISMISSED WITH PREJUDICE as frivolous and failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

IT IS FURTHER ORDERED that Plaintiff's claims sounding in habeas (for an immediate or speedier release from prison) be DENIED and DISMISSED WITHOUT PREJUDICE to being pursued by filing a petition for writ of habeas corpus after exhausting state remedies.

This case is again referred to Magistrate Judge James D. Kirk for further case management actions consistent with this judgment.

SIGNED on this 2nd day of October, 2007, at Alexandria, Louisiana.


Dee D. Drell
United States District Judge