U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION


PETER ROY ALFRED, JR.,                CIVIL ACTION
            Plaintiff                 SECTION "P"
                                      NO. CV07-0986 (LEAD CASE) **c/w**
                                      CV07-1785, CV07-2098
VERSUS

WINN CORRECTIONAL CENTER, et al.,     JUDGE DEE D. DRELL
            Defendants                MAGISTRATE JUDGE JAMES D. KIRK



O R D E R


IT IS ORDERED that the order dated January 10, 2008, consolidating civil actions numbers CV07-0986, CV07-2098, and CV07-1785, is SET ASIDE.  The cases are SEVERED.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this _____ day of March, 2008.


                          JAMES D. KIRK
                 UNITED STATES MAGISTRATE JUDGE