U.S. DISTRICT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 12 2008

ROBERT H. SHEMWELL
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR. | CIVIL ACTION NO. 07-0986-A |
| -vs- | JUDGE DRELL |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al. | MAGISTRATE JUDGE KIRK |

## RULING

Before the Court is the "Motion for Reconsideration of 'Ruling and Judgment' [Doc. 29] and Dismissal Pursuant to 28 USC 1915(e)(2)(B)(i); Alternatively, for an Evidentiary Hearing" filed by Defendants, William O. Belt, Dale Mayeaux, Keith Smith, Peter Lofton, and Steve Dauzat. (Document No. 107). Plaintiff has opposed the motion, and the Court finds no need for oral argument.

For the reasons set forth herein, the motion is GRANTED IN PART and DENIED IN PART, and all claims against William O. Belt, Dale Mayeaux, Keith Smith, and Peter Lofton are DISMISSED WITH PREJUDICE. Only the claims against Steve Dauzat remain for trial.

In our Ruling and Judgment signed October 2, 2007 (Document No. 29), we adopted the Magistrate Judge's Report and Recommendation (Document No. 20) and dismissed all of Plaintiff's claims except those against Belt, Mayeaux, Smith, Lofton, and Dauzat. The Magistrate Judge had not recommended a dismissal of the claims against

Dauzat. He had, however, recommended dismissal of all claims against Belt, Mayeaux, Smith, and Lofton.

Claims Against Belt, Mayeaux, Smith, and Lofton

As explained in the Ruling and Judgment, our only concern was Plaintiff's reference to an Inmate Request Form dated September 5, 2007, which contained the words "Machine cost to [sic] much" in response to Plaintiff's inquiry regarding why he had not been supplied with a CPAP breathing device. Because we were unable to determine who signed the document, we chose the more cautious approach, and allowed the litigation against Belt, Mayeaux, Smith, and Lofton to continue.

Defendants have now supplied the Court with a statement from Lesia Coleman, a nurse at Winn Correctional Center, confirming the Inmate Request Form contains what appears to be her signature. Ms. Coleman denies the words "Machine cost to [sic]much" were on the form when she signed it. (Document No. 107-4.)

In his filing titled "Objection to Motion for Reconsideration and [Dismissal] of Defendants," Mr. Alfred admits the Inmate Request Form at issue "has nothing to do with Avoyelles Parish jail [;] that was after Plaintiff left Defendants['] facility." (Document No. 124.) Mr. Alfred reiterated this information at the pretrial conference held on June 12, 2008.[1]

---

[1] The Court notes Mr. Alfred has several other pending suits concerning access to a CPAP machine. One of those cases is titled "Peter Roy Alfred, Jr. v. Winn Correctional Center, et al.," and bears Number 07-1785 on the docket of this Court. Any potential issues regarding the authenticity of the Winn Inmate Request Form would be more appropriately addressed in that litigation.

This additional information shows the Inmate Request Form with the language in question is wholly unrelated to the current suit, which concerns only conduct occurring while Plaintiff was incarcerated in Avoyelles Parish.

Accordingly, for the reasons enunciated by Magistrate Judge James D. Kirk in his August 21, 2007 Report and Recommendation (Document No. 20), Plaintiff's claims against William O. Belt, Dale Mayeaux, Keith Smith, and Peter Lofton will be DISMISSED WITH PREJUDICE.

Claims Against Steve Dauzat

As mentioned above, the Magistrate Judge did not recommend dismissal of Plaintiff's claims against Steve Dauzat on the grounds of frivolity, maliciousness, failure to state a claim, or immunity, as contemplated by 28 U.S.C. § 1915(e)(2). This Court previously agreed with the Magistrate Judge's reasoning and findings on these issues, and nothing in the current motion persuades us to revisit that decision.

CONCLUSION

For the reasons set forth herein, Defendants' Motion for Reconsideration (Document No. 107) is GRANTED IN PART and DENIED IN PART, and all claims against William O. Belt, Dale Mayeaux, Keith Smith, and Peter Lofton are DISMISSED WITH PREJUDICE. Only the claims against Steve Dauzat remain for trial.

SIGNED on this 12 day of August, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE