U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

United States District Court
Western District of Louisiana
Alexandria Division

Peter Alfred Jr

VS.

Avoylles Parish jail

Civil # 07-CV-986

Judge Drell

Mag. Judge Kirk

Dear Hon. Robert Shemwell,

Please enter this motion to withdraw Notice of appeal into the record. I wish to continue with trial I will have to accept the medical director Steve Dauzat is the one remaining Defendant. Thank you and God Bless

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 7 2008

ROBERT _____, CLERK
BY ___uh___
DEPUTY

Respectfully

Peter alfal J.

9-11-08

Order

Petitioner is allowed to withdraw his notice of appeal, the appeal is dismissed. Rule 42.(a), FRAP.

Alexandria, LA, Sept 17, 2008

District Judge