U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

FEB - 4 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| PETER ROY ALFRED, JR. | CIVIL ACTION NO. 07-0986-A |
|---|---|
| -vs- | JUDGE DRELL |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation (Document No. 201) suggesting Plaintiff's Motion for Summary Judgment (Document No. 148) be denied. After reviewing the entire file in this matter, including the written objections, and concurring in part with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation, subject to modifications set forth herein.

Although Plaintiff's summary judgment motion is unopposed, he still bears the burden of establishing there is no genuine issue of material fact. Here, the proper standard for evaluating the matter of "deliberate indifference" involves a subjective analysis of the defendant and his state of mind. Farmer v. Brennan, 511 U.S. 825, 834 (1994). Plaintiff did not submit any evidence, such as Mr. Dauzat's deposition or affidavit, regarding Defendant's state of mind. Without

this, Plaintiff cannot show the absence of any genuine issue of material fact. Therefore, the Report and Recommendation correctly concludes the evidence is insufficient to grant Plaintiff's motion. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Document No. 148) is DENIED.

SIGNED on this 3rd day of February, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE